The Honorable Tana Lin

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KADIR K. AGA, *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>ANTHONY BLINKEN, *et al.*,<br><br>        Defendants. | Case No. 2:24-cv-00505-TL<br><br>STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND [~~PROPOSED~~] ORDER<br><br>Noted for Consideration:<br>June 21, 2024 |

Plaintiffs and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings until August 19, 2024. Plaintiffs bring this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel the U.S. Embassy in Addis Ababa, Ethiopia, to complete processing of their visa applications. Defendants' response to the Complaint is currently due on June 21, 2024. For good cause, the parties request that the Court hold the case in abeyance until August 19, 2024.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:24-cv-00505-TL] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

With additional time, this case may be resolved without the need of further judicial intervention. The Embassy is currently reviewing information recently submitted by Plaintiffs. As additional time is necessary for this to occur, the parties request that the Court hold the case in abeyance until August 19, 2024. The parties will submit a status update on or before August 19, 2024.

DATED this 21th day of June, 2024.

Respectfully submitted,

| | |
|---|---|
| TESSA M. GORMAN<br>United States Attorney | O'SULLIVAN LAW OFFICE |
| *s/ Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (253) 428-3824<br>Fax: (253) 428-3826<br>Email: michelle.lambert@usdoj.gov | *s/ Jane Marie O'Sullivan*<br>JANE MARIE O'SULLIVAN WSBA#34486<br>2417 Pacific Avenue SE, 2nd Floor<br>Olympia, Washington 98501<br>Phone: (206) 340-9980<br>Email: jane@osullivanlawoffice.com |
| *Attorneys for Defendants* | *Attorney for Plaintiffs* |

**I certify that this memorandum contains 231 words, in compliance with the Local Civil Rules.**

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:24-cv-00505-TL] - 2

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800

4

**[PROPOSED] ORDER**

The case is held in abeyance until August 19, 2024.  The parties shall submit a status update on or before August 19, 2024.  It is so **ORDERED**.

DATED this 25th day of June, 2024.

_____
Tana Lin
United States District Judge

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:24-cv-00505-TL] - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800