District Judge Tana Lin

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KADIR K. AGA, *et al.*,

               Plaintiffs,

v.

ANTHONY BLINKEN, *et al.*,

               Defendants.

Case No. 2:24-cv-00505-TL

STIPULATED MOTION TO HOLD
CASE IN ABEYANCE AND
[~~PROPOSED~~] ORDER

Noted for Consideration:
August 16, 2024

Plaintiffs and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to continue to stay these proceedings until September 3, 2024.  Plaintiffs bring this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel the U.S. Embassy in Addis Ababa, Ethiopia, to complete processing of their visa applications. This case is currently stayed through August 19, 2024.  Dkt. No. 8.  For good cause, the parties request that the Court continue to hold the case in abeyance until September 3, 2024.

Courts have "broad discretion" to stay proceedings.  *Clinton v. Jones*, 520 U.S. 681, 706 (1997).  "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:24-cv-00505-TL] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

With additional time, this case may be resolved without the need of further judicial intervention.  Plaintiff Meliko Kadir's visa has been issued.  Plaintiff Siraj Kadir's visa has been approved and will be issued shortly.  Plaintiffs will dismiss this case after the visa has been issued. As additional time is necessary for this to occur, the parties request that the Court hold the case in abeyance until September 3, 2024.  The parties will submit a status update on or before September 3, 2024.

DATED this 16th day of August, 2024.

Respectfully submitted,

TESSA M. GORMAN

TESSA M. GORMAN
United States Attorney

*s/ Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: (253) 428-3824
Fax:     (253) 428-3826

(253) 428-38
Email:  michelle.lambert@usdoj.gov

*Attorneys for Defendants*

**I certify that this memorandum contains 255 words, in compliance with the Local Civil Rules.**

O'SULLIVAN LAW OFFICE

*s/ Jane Marie O'Sullivan*
JANE MARIE O'SULLIVAN, WSBA #34486
2417 Pacific Avenue SE, 2nd Floor
Olympia, Washington 98501
Phone: (206) 340-9980
Email:  jane@osullivanlawoffice.com

*Attorneys for Plaintiff*

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:24-cv-00505-TL] - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

1

**[~~PROPOSED~~] ORDER**

2
      The case is held in abeyance until September 3, 2024.  The parties shall submit a status

3
update on or before September 3, 2024.  It is so **ORDERED**.

4

5
      DATED this 19th day of August, 2024.

6

7
_____

TANA LIN

8
United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:24-cv-00505-TL] - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800