District Judge Tana Lin

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KADIR K. AGA, *et al.*,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>ANTHONY BLINKEN, *et al.*,<br><br>　　　　　　　　　Defendants. | Case No. 2:24-cv-00505-TL<br><br>STIPULATED MOTION TO DISMISS AND [~~PROPOSED~~] ORDER<br><br>Noted for Consideration:<br>August 29, 2024 |

Pursuant to Federal Rule of Civil Procedure 41(a), the parties stipulate to the dismissal of this case without prejudice, with each party to bear their own costs.  Plaintiffs bring this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel the U.S. Embassy in Addis Ababa, Ethiopia, to complete processing of their visa applications. The Embassy has issued the visas, and this case is now moot.

//

//

//

//

//

STIPULATED MOTION TO DISMISS
[Case No. 2:24-cv-00505-TL] - 1

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800

DATED this 29th day of August, 2024.

Respectfully submitted,

| | |
|---|---|
| TESSA M. GORMAN | O'SULLIVAN LAW OFFICE |
| TESSA M. GORMAN<br>United States Attorney | *s/ Jane Marie O'Sullivan*<br>JANE MARIE O'SULLIVAN, WSBA #34486 |
| *s/ Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (253) 428-3824<br>Fax:    (253) 428-3826<br><br>(253) 428-38<br>Email:  michelle.lambert@usdoj.gov | 2417 Pacific Avenue SE, 2nd Floor<br>Olympia, Washington 98501<br>Phone: (206) 340-9980<br>Email:  jane@osullivanlawoffice.com<br>*Attorney for Plaintiff* |

*Attorneys for Defendants*

***I certify that this memorandum contains 71 words, in compliance with the Local Civil Rules.***

## [~~PROPOSED~~] ORDER

It is so **ORDERED**.  The case is dismissed without prejudice.

DATED this 30th day of August, 2024.

_____
TANA LIN
United States District Judge

STIPULATED MOTION TO DISMISS
[Case No. 2:24-cv-00505-TL] - 2

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800

STIPULATED MOTION TO DISMISS
[Case No. 2:24-cv-00505-TL] - 3

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800